Dismissed and Memorandum Opinion filed April 20, 2006









Dismissed and Memorandum Opinion filed April 20, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00212-CR

NO.
14-06-00213-CR

____________

 

GERRY JEROME
WEBB, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County, Texas

Trial Court Cause Nos. 1049043
& 1049044

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to the offenses of theft and
possession of a controlled substance.  In
accordance with the terms of plea bargain agreements with the State, the trial
court sentenced appellant on February 10, 2006, to confinement for three years
in the Institutional Division of the Texas Department of Criminal Justice, with
sentences to run concurrently.  Appellant
filed pro se notices of appeal.  We
dismiss the appeals.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).  The records support the trial court=s certifications.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 20, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish CTex. R.
App. P. 47.2(b).